UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| **CHRISTIE RANQUIST,** | ) | |
| | ) | |
| **PLAINTIFF** | ) | |
| | ) | |
| v. | ) | **CIVIL NO. 2:11-CV-387-DBH** |
| | ) | |
| **M & M INDUSTRIES, INC.,** | ) | |
| | ) | |
| **DEFENDANT** | ) | |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On May 2, 2012, the United States Magistrate Judge filed with the court, with a copy to the plaintiff's counsel, his Recommended Decision on Findings of Fact and Conclusions of Law on Motion for Default Judgment. The defendant had previously defaulted. The time within which to file objections expired on May 21, 2012, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. Default Judgment on Counts I and II is **GRANTED** in the amount of $96,942.82, plus back pay from March 1, 2012, through the date of judgment at the rate of $134.62 weekly and prejudgment interest.

**SO ORDERED.**

**DATED THIS 23RD DAY OF MAY, 2012**

D. BROCK HORNBY_____
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**